IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

ORDER GIVING NOTICE OF DISMISSAL

CIVIL NUMBER:

Plaintiff

V

Defendant

Notice is given that this cevkqp will be dismissed'y kj qw'r tglwf leg'ci ckpuv'" under Local Rule 41 and Rule 4 of the Federal Rules of Civil Procedure, fourteen (14) days from the date of this Order unless"service of process is made or good cause for not dismissing case is shown.

A copy of Local Rule 41 is forwarded with this Order.

Dated this         day of

_____
By: Deputy Clerk

### LR 41  DISMISSALS OF ACTIONS

**a.  Voluntary Dismissals.**  Civil actions may be dismissed without an order of the court in two circumstances:

   **1.**   Where the plaintiff files a notice of dismissal before service by the adverse party of either an answer or a motion for summary judgment; or

   **2.**   Where a stipulation of dismissal signed by all parties who have appeared in the action is filed with the Clerk of Court.

**b.  Involuntary Dismissals.**  After giving the parties the notice prescribed in section "d" of this rule, the Clerk of Court will, in the following circumstances, enter an order dismissing a civil action without prejudice:

   **1.**   Where service has not been made on any defendant within 120 days after the filing of the complaint, and the plaintiff has failed to file a statement in writing within 127 days after the filing of the complaint setting forth good cause for why service has not been made; or

   **2.**   As to a particular defendant, where service has been made upon that defendant and neither an answer nor a request for other action has been filed as to that defendant within 30 days after the date the answer was due; or

   **3.**   Where a default has been entered and a motion for entry of judgment by default in accordance with Federal Rule of Civil Procedure 55(b) has not been made within 30 days after the entry of default, unless the plaintiff advises the Clerk of Court that further court action is necessary before a default judgment can be sought; or

   **4.**   Where a deadline set for the performance of any act required by the Federal Rules of Civil Procedure, the Local Rules, or an order of the court has been exceeded by more than 30 days and an extension of time has been neither requested nor granted.

**c.  Dismissal of Settled Cases.**  The Clerk of Court may, for internal statistical purposes, immediately close a case upon being advised by one or more of the parties that the action has been settled.  Within 30 days after advising the court that an action has been settled, the parties must file such documents as are required to terminate the action.  If the parties fail to do so, the Clerk of Court may, after giving the parties the notice prescribed in section "d" of this rule, enter an order dismissing the action with prejudice.

   Either party may seek reinstatement of a case dismissed under this section within 60 days after the date of the dismissal order by serving and filing a motion to reinstate the case.  The motion must show good cause as to why the settlement was not consummated.  This paragraph does not diminish any obligation of a party to perform under an otherwise enforceable settlement agreement.

   **d.** **Notification by Clerk of Court.**  At least 14 days before dismissing a case pursuant to section "b" or "c" of this rule, the Clerk of Court will mail or electronically transmit a notice and a copy of this rule to all counsel of record and any pro se parties.  The notice will state that the case will be dismissed unless, by the deadline specified in the notice, either the required action is taken or good cause is shown for not dismissing the case.

   This rule does not restrict the authority of the court to dismiss a case, with or without prejudice, for good cause.  Good cause could include the failure of a party to comply with the Federal Rules of Civil Procedure, the Local Rules, or an order of the court.